IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Tracy O'Neal et al.,

Plaintiff(s),

v.

Dixie Dew Products Inc.,

Defendant(s).

Case No. 17 C 3939
Judge Amy J. St. Eve

### ORDER

IT IS THEREBY ORDERED that all issues are consolidated for all purposes under 17 C 1756. The above entitled case is hereby dismissed. All pleadings are to be filed in case 17 C 1756. All pending parties and counsel in the associated case, 17 C 3939, are to be linked to the lead case number, 17 C 1756. Any pending motions in 17 C 3939 are denied as moot. Civil case terminated.

Date: 7/25/2017

Amy J. St. Eve
United States District Judge